UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| M3Girl Designs, LLC<br>    Plaintiff, | §<br>§<br>§ |
| v. | §    Case No. 3:09-CV-2390-F |
| | § |
| Blue Brownies, LLC, Charlotte Liles,<br>and Krista Dudte,<br>    Defendants. | §<br>§<br>§ |

## ORDER GRANTING LIMITED JURISDICTIONAL DISCOVERY

BEFORE THE COURT is Plaintiff's Motion for Leave to Take Jurisdictional Discovery. A hearing was held in this matter on March 22, 2010. After considering the arguments of the parties, the briefs, and the applicable law, the Court finds as follows:[1]

The Court grants the parties leave to take jurisdictional discovery limited to the issue of the personal jurisdiction over individual Defendants Charlotte Liles and Krista Dudte. The parties will have seventy days to complete the limited jurisdictional discovery and present their findings to the Court.

The Court will abate its ruling on the issues of the personal jurisdiction and transfer of venue pending the completion of the jurisdictional discovery. The parties shall present their jurisdictional discovery findings to the Court on or before June 1, 2010.

It is so Ordered.

Signed this 22nd day of March, 2010.

Royal Furgeson
Senior United States District Judge

---

[1] Disposes of Docket No. 15.