U.S. DISTRICT COURT
**NORTHERN** DISTRICT OF TEXAS
FILED

JUL 1 4 2010

CLERK, U.S. DISTRICT COURT
By _____
Deputy 8:09 A.M.

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| M3 GIRL DESIGNS, LLC | § | |
| a Texas Limited Liability Company | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 3-09CV2390-F |
| | § | |
| BLUE BROWNIES, LLC | § | |
| an Arkansas Limited Liability Company, | § | |
| CHARLOTTE LILES, | § | |
| an individual residing in Arkansas, | § | |
| KRISTA DUDTE, | § | |
| an individual residing in Arkansas, | § | |
| Defendants. | § | |

**ORDER GRANTING WITHDRAWAL OF**
**DEFENDANTS' MOTION TO TRANSFER VENUE**

**ON THIS DAY** came on to be considered Defendants Krista Dudte, Charlotte Liles and Blue Brownies, LLC's Motion to Withdraw their Motion to Transfer Venue herein. After considering the motion, the Court is of the opinion that the same should be and hereby is in all things **GRANTED**.

It is therefore **ORDERED, ADJUDGED**, and **DECREED** that Defendants Krista Dudte, Charlotte Liles and Blue Brownies, LLC's' Motion to Transfer Venue is hereby denied.

Defendants' Rule12b Motion to Dismiss State Law Claims Due to Federal Preemption remains pending.

ENTERED this 14th day of July, 2010.

_____
JUDGE PRESIDING