

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
Dallas Division

| | |
|---|---|
| M3Girl Designs, LLC<br>  Plaintiff,<br><br>v.<br><br>Blue Brownies, LLC, Charlotte Liles,<br>and Krista Dudte,<br>  Defendants. | §<br>§<br>§<br>§ Action No. 3:09CV2390-F<br>§<br>§<br>§<br>§ |

## FINAL CONSENT JUDGMENT

The Plaintiff, M3Girl Designs, LLC ("M3Girl") and the Defendant, Charlotte Liles ("Liles"), having agreed to the entry of this Final Consent Judgment, it is ORDERED, ADJUDGED AND DECREED as follows:

1. The Northern District of Texas has jurisdiction over the subject matter of this Action and personal jurisdiction over the Defendant, Ms. Liles in this Action. The Defendant, Ms. Liles agrees to accept service of the Complaint in this Action and agrees to the entry of this Final Consent Judgment.

2. For the purposes of this Final Consent Judgment, the terms "M3Girl Copyright Registrations" means, at least, United States Copyright Registrations Nos. VA 1-665-063, VA 1-684-413, and VA 1-665-059, and the term "M3Girl Trademark Registration" means United States Trademark Registration No. 3,626,432 to "SNAP CAPS."

3. Ms. Liles has read and understands the allegations being made against her in the Complaint pending in this Action, and she admits as follows:

   (a) the M3Girl Copyright Registrations are owned by M3Girl Designs, LLC, are valid, and were infringed when Ms. Liles conducted activities at Blue Brownies, LLC,

   (b) the M3Girl Trademark Registration is owned by M3Girl Designs, LLC, is valid, and was infringed when Ms. Liles conducted activities at Blue Brownies, LLC, and,

(c) the allegations by M3Girl Designs, LLC in the pending Action regarding misappropriation and unfair competition (e.g. state law and Section 43(a) Lanham Act claims) are acknowledged by Ms. Liles and she admits those claims and causes of action were committed when Ms. Liles conducted activities at Blue Brownies, LLC.

4. Judgment is hereby entered in favor of Plaintiff and against Defendants, Ms. Liles, on Plaintiffs' claims against Ms. Liles for copyright infringement (Title 17 of the United States Code), trademark infringement under 15 U.S.C. §1114, state law misappropriation, and unfair competition under 15 U.S.C. §1125(a), as well as any other claim associated with common law or statutory trademark infringement that was brought against Ms. Liles.

5. Defendant, Ms. Charlotte Liles, and those persons or entities in active concert or participation with her that receive actual notice of this PERMNENT INJUNCTION, are hereby permanently enjoined from any further acts of copyright infringement, trademark infringement, state law misappropriation or violations of §43(a) of the Lanham Act, including, but not limited to, an injunction against:

(a) any further or future unauthorized use or infringement of M3Girl Designs Copyright Registrations or any substantially similar partial or a portion of such registered copyright,

(b) any further or future unauthorized use or infringement of M3Girl Designs Trademark Registration, any partial or a portion of such registered mark, or any confusingly similar trademark,

(c) any further or future acts of unfair competition or misappropriation as alleged in the Complaint in the pending Action, and,

(d) any further commercial activities relating to Bottle Cap Jewelry, including any manufacturing, sale, distribution, offering or marketing of any Bottle Cap Jewelry, which is defined in the Settlement Agreement between M3Girl Designs, LLC and Ms. Charlotte Liles.

6. Ms. Liles hereby waives any right to appeal this Judgment, as well as any right to raise any counterclaims, affirmative defenses, or other defenses and counterclaims which were raised or could have been raised in this Action, including any claims for damages and attorney fees.

7. Jurisdiction is retained by this Court over this action and the parties thereto for the purpose of enabling either of the parties thereto to apply to this Court at any time for further

orders and directions as may be necessary or appropriate to carry out or construe this Consent Judgment, to modify or terminate any of its provisions, to enforce compliance, and to punish violations of its provisions.

8. Each party to this Consent Judgment shall bear its own costs and attorney fees.

It is so Ordered.

Signed this 21st day of July, 2010.

_____
Royal Furgeson
Senior United States District Judge