

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| M3 GIRL DESIGNS, LLC<br>   Plaintiff, | §<br>§<br>§ | |
| v. | § | CIVIL NO.: 09-CV-2390-F |
| | § | |
| BLUE BROWNIES, LLC<br>and KRISTA DUDTE,<br>   Defendants. | §<br>§<br>§<br>§ | |

### ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM OF LAW

BEFORE THE COURT are Defendants BLUE BROWNIES, LLC ("Blue Brownies") and KRISTA DUDTE's ("Dudte") Motion for Leave to File Supplemental Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiff's State Law Claims (Docket No. 36) and Plaintiff M3Girl Designs, LLC's Response in Opposition (Docket No. 37). After considering the briefs and the applicable law, the Court GRANTS Defendants' Motion for Leave to File Supplemental Memorandum of Law (Docket No. 36).

Accordingly, Defendants shall file their Supplemental Memorandum of Law immediately upon entry of this Order. Plaintiffs shall have until August 25, 2010 to file its response to Plaintiff's Supplemental Memorandum of Law.

It is so Ordered.

SIGNED this 11th day of August, 2010.

Royal Furgeson
Senior United States District Judge