IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| M3 GIRL DESIGNS, LLC | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.: 09CV2390-F |
| | § | |
| BLUE BROWNIES, LLC | § | |
| and KRISTA DUDTE, | § | |
|    Defendants. | § | |

## SCHEDULING ORDER

Having reviewed the parties' Joint Status Report, (Docket No. 45), the Court ORDERS that the parties adhere to the following dates and deadlines:

1. The parties will exchange the initial disclosures contemplated by FRCP Rule 26(a)(1) by **December 16, 2010**. Any motions for leave to join additional parties must be filed by **March 16, 2011**. The parties may amend their pleadings without leave of court until **March 16, 2011**. After March 16, 2011, the parties must file a motion for leave to amend their pleadings pursuant to FRCP Rule 15(a)(2).

2. The parties may by written agreement alter the deadlines in this paragraph, without the need for court order:

    a. **January 31, 2012** – party with burden of proof must disclose experts pursuant to FRCP Rule 26(a)(2);

    b.    **February 28, 2012** – disclosure of opposing experts pursuant to FRCP Rule 26(a)(2);

    c.    **March 20, 2012** – disclosure of rebuttal experts pursuant to FRCP Rule 26(a)(2) or supplementation with rebuttal opinions pursuant to FRCP Rule 26(e)(1); and

    d.    **April 30, 2012** – discovery closes; discovery requests must be served in time to permit response by this date;

3.    **May 15, 2012** – all motions, including any objections to expert testimony, must be filed.

4.    The case is set for trial on **Monday, June 18, 2012 at 9:00 a.m.** The parties should consult LR 16.4 regarding matters to be filed in advance of trial.

**IT IS SO ORDERED**

Signed this 16th day of November, 2010.

*/s/ Royal Furgeson*
Royal Furgeson
Senior United States District Judge